**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **OMAR ALBERTO BENITEZ LIZAMA** | § | |
| ***Plaintiff,*** | § | |
| | § | **CIVIL ACTION NO. 4:26-CV-06086** |
| **VS.** | § | **JURY TRIAL REQUESTED** |
| | § | |
| **ROBERT WAYNE THORNTON,** | § | |
| ***Defendant.*** | § | |

**DEFENDANT ROBERT WAYNE THORNTON'S NOTICE OF REMOVAL**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

**ROBERT WAYNE THORNTON**, Defendant in the above-entitled and numbered cause, files this Notice of Removal under 28 U.S.C. § 1446(a).

## I. INTRODUCTION

1. Plaintiff, OMAR ALBERTO BENITEZ LIZAMA, is an individual and is a resident of Harris County, Texas; and is represented by attorney David Ortez of Law Offices of Marcos & Associates, PC, 10700 North Freeway, 8th Floor, Houston, Texas 77037. Defendant, ROBERT WAYNE THORNTON, is an individual and a resident of Pierce County, Washington, residing at 111 S. 62nd St., Tacoma, Washington, 98408. Defendant is represented by undersigned counsel, Justin L. Spears, of Deas & Associates.

2. On June 20, 2026, Plaintiff filed his Original Petition against Defendant, alleging claims of negligence and claiming damages arising out of a motor vehicle accident that occurred on or about April 11, 2025, in Houston, Harris County, Texas. Plaintiff seeks damages exceeding $250,000.00 but no more than $1,000,000.00, including past and future: medical expenses; pain, suffering and mental anguish; physical impairment; physical disfigurement; lost wages/earning; physical pain and suffering; loss of consortium, loss of household services, inconvenience, and lost earning capacity. Plaintiff also claims prejudgment and post-judgment

interest as allowed by law, all costs of court, and all other and additional relief, whether general or special, at law or in equity, to which he may show himself justly entitled.

3. Plaintiff served Defendant Robert Wayne Thornton with process on July 2, 2026. Thus, Defendant timely files this Notice of Removal within the 30-day time period required by 28 U.S.C. § 1446(b).

## II. BASIS FOR REMOVAL

4. Removal is proper because there is complete diversity between the parties and the amount in controversy exceeds the requisite jurisdictional limits. 28 U.S.C. § 1332(a); *Darden v. Ford Consumer Fin. Co*., 200 F3d 753, 755 911th Cir. 2000). Plaintiff is a citizen of the State of Texas. Defendant is a citizen of the State of Washington. The amount in controversy claimed by Plaintiff in his petition exceeds $250,000.00. Therefore, Plaintiff's alleged damages exceed the jurisdictional limits set forth in 28 U.S.C. § 1332(a).

5. All pleadings, process, orders and other filings in the state court action are attached to this notice as required by 28 U.S.C. § 1446(a). (Plaintiff's Original Petition; Request for Issuance of Service; Defendant, Robert Wayne Thornton's Original Answer)

6. Venue is proper in this district court under 28 U.S.C. § 1441(a) because the state court where the action has been pending is located in this district and division.

7. Defendants will promptly file a copy of this Notice of Removal with the Clerk of the state court where the action has been pending.

## III. JURY DEMAND

8. Defendant hereby demands a jury trial.

## IV. CONCLUSION

9. This Court has the proper jurisdiction over this matter as there is a complete diversity of the parties and the amount in controversy exceeds $250,000.00, excluding interest and costs. For these reasons, Defendant asks the Court to remove this action to this federal court.

Respectfully submitted,

**DEAS & ASSOCIATES**

*/s/ Justin L. Spears*

Justin L. Spears
State Bar No. 24117086
Fed. Bar. No. 3472017
**Mailing Address:**
P.O. Box 64093
St. Paul, Minnesota 55164-0093
**Physical Address:**
4650 Westway Park Blvd, Suite 150
Houston, Texas 77041
Tel.: (281) 606-7866
Facsimile: (855) 848-0738
**jspears@travelers.com**
***E-Service Email Only**
**EservHou@travelers.com**
**ATTORNEY FOR DEFENDANT**
**ROBERT WAYNE THORNTON**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing instrument has been forwarded to all known counsel of record as listed below ECF service/E-Service on this the 29th day of July 2026.

David Ortez
Law Offices of Marcos & Associates, PC
10700 North Freeway, Flr. 8
Houston, Texas 77037

***Via E-Service:*** *e-service_david@marcoslaw.com*

*/s/ Justin L. Spears*
Justin L. Spears