Harris County Docket Sheet

# 2026-41506

**COURT:** 334th

**FILED DATE:** 6/22/2026

**CASE TYPE:** Motor Vehicle Accident

**LIZAMA, OMAR ALBERTO BENITEZ**

Attorney: MARCOS, JAVIER JR.

**vs.**

**THORNTON, ROBERT WAYNE**

Attorney: SPEARS, JUSTIN

| Docket Sheet Entries | |
|---|---|
| Date | Comment |

Unofficial Copy Office of Marilyn Burgess District Clerk