7/2/2026 3:32 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 116907735
By: Simone Mills
Filed: 7/2/2026 3:32 PM

**CAUSE NO. 2026-41506**

| | | |
|---|---|---|
| OMAR ALBERTO BENITEZ LIZAMA<br>**PLAINTIFF** | §<br>§<br>§ | |
| VS. | § | IN THE 334TH DISTRICT COURT |
| ROBERT WAYNE THORNTON<br>**DEFENDANT** | §<br>§<br>§<br>§<br>§<br>§<br>§ | HARRIS COUNTY, TX |

**RETURN OF SERVICE**

**On Monday, June 29, 2026 AT 8:31 AM**, CITATION, PLAINTIFF'S ORIGINAL PETITION JURY DEMAND AND RULE 193.7 NOTICE for service on ROBERT WAYNE THORNTON C/O THE CHAIR OF THE TEXAS TRANSPORTATION COMMISSION W. ALVIN NEW CHAIRMAN came to hand.

**On Thursday, July 2, 2026 AT 2:55 PM, I, Adriana Nicole Adam, PERSONALLY DELIVERED THE ABOVE-NAMED DOCUMENTS TO:** ROBERT WAYNE THORNTON C/O THE CHAIR OF THE TEXAS TRANSPORTATION COMMISSION W. ALVIN NEW CHAIRMAN, by delivering to Effy Anderson, 125 E 11 STREET, AUSTIN, TRAVIS COUNTY, TX 78701

My name is Adriana Nicole Adam. My e-mail address is info@easy-serve.com. I am at least 18 years old. I am in all ways competent to make this statement, and this statement is based on personal knowledge. I am not a party to this case and have no interest in its outcome. I declare under penalty of perjury that the foregoing is true and correct.

Executed in TRAVIS County, Texas on Thursday, July 2, 2026.

*Adriana Nicole Adam*

Adriana Nicole Adam
1201 Louisiana St Ste 370
Houston, TX 77002

JBCC Registration# PSC-17714 expires October 31, 2027

Unofficial Copy Office of Marilyn Burgess District Clerk

CAUSE NO. 202641506

COPY OF PLEADING PROVIDED BY PLT

RECEIPT No. 1115012 TR# 74672071

| | |
|---|---|
| Plaintiff:<br>LIZAMA, OMAR ALBERTO BENITEZ<br>vs.<br>Defendant:<br>THORNTON, ROBERT WAYNE | In The 334th<br>Judicial District Court of<br>Harris County, Texas<br>201 CAROLINE<br>Houston, Texas |

CITATION (STATE HIGHWAY COMMISSION)

THE STATE OF TEXAS
County of Harris

To: **THORNTON, ROBERT WAYNE MAY BE SERVED BY SERVING THE CHAIR OF THE TEXAS TRANSPORTATION COMMISSION W ALVIN NEW CHAIRMAN 125 E 11 STREET AUSTIN, TX 78701 FORWARD TO: ROBERT WAYNE THORNTON**
**111 SOUTH 62ND STREET, TACOMA WA 98408**
**OR ANY OTHER ADDRESS WHERE HE MAY BE FOUND**

Attached is a certified copy of: PLAINTIFFS ORIGINAL PETITION JURY DEMAND AND RULE 193.7 NOTICE

This instrument was filed on June 22, 2026 in the above cited cause number and court. The instrument attached describes the claim against you.

YOU HAVE BEEN SUED. You may employ an attorney. If you or your Attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration date of 20 days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

TO OFFICER SERVING:

This citation was issued on June 26, 2026, under my hand and seal of said court.

DISTRICT COURT OF HARRIS COUNTY TEXAS

Marilyn Burgess

Issued at the request of:

ORTEZ, DAVID ARQUIMIDES
10700 NORTH FREEWAY SERVICE ROAD, FLO
HOUSTON, TX 77037
713-528-7711
Bar Number: 24088163

Marilyn Burgess, District Clerk

Harris County, Texas
201 CAROLINE, Houston TX 77002
(PO Box 4651,Houston, TX 77210)

Generated By: JONATHAN VELA

Unofficial Copy Office of Marilyn Burgess District Clerk