7/23/2026 7:01 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 117764149
By: Iris Collins
Filed: 7/23/2026 7:01 PM

**CAUSE NO. 2026-41506**

| | | |
|---|---|---|
| **OMAR ALBERTO BENITEZ LIZAMA** | § | **IN THE DISTRICT COURT** |
| ***Plaintiff,*** | § | |
| | § | |
| **VS.** | § | **HARRIS COUNTY, TEXAS** |
| | § | |
| **ROBERT WAYNE THORNTON,** | § | |
| ***Defendant.*** | § | **334TH JUDICIAL DISTRICT** |

**DEFENDANT ROBERT WAYNE THORNTON'S ORIGINAL ANSWER AND JURY DEMAND**

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW, **ROBERT WAYNE THORNTON**, hereafter referred to as Defendant, and files this Original Answer and Demand for Jury Trial in response to the claim(s) of **OMAR ALBERTO BENITEZ LIZAMA**, hereafter referred to as Plaintiff, and respectfully shows the Court and Jury the following:

## I. GENERAL DENIAL

Pursuant to Rule 92 of the Texas Rules of Civil Procedure, Defendant denies each and every, all and singular, the material allegations contained in Plaintiff's petition, and demands strict proof thereof as required by the constitution and laws of the State of Texas.

## II. ADDITIONAL DEFENSES

Defendant pleads Chapter 33 of the Texas Civil Practices and Remedies Code and asks the Court and Jury to consider the relative damages and conduct of the parties and all tortfeasors, including the Plaintiff, and accord this Defendant full benefit of said law. Defendant is entitled to an offset, credit, or percentage reduction based upon a determination of the relative fault of all persons and tortfeasors or upon the amount of money paid by all other Defendants, persons, and/or tortfeasors or upon the amount of money paid by all other Defendants, persons, and/or tortfeasors to Plaintiff.

Unofficial Copy Office of Marilyn Burgess District Clerk

Defendant further answers and says that if the Plaintiff has suffered or is suffering from any illness, disease, or condition which, in whole or in part was and is the result of some prior or subsequent accident, injury, disease, physical defect, or bodily condition and which did not proximately result from the occurrence made the basis of this suit, then Plaintiff is not entitled to recover for those damages in connection with the incident in question.

Defendant pleads the defense set forth in Tex. Civ. Prac. and Rem. Code Section 18.091, requiring Plaintiff to prove his loss of earnings and/or loss of earning capacity in the form which represents his net loss after reduction for income tax payments or unpaid tax liability on said loss of earnings claim pursuant to any federal income tax law. Additionally, Defendant requests the Court to instruct the jury as to whether any recovery for compensatory damages, if any, sought by the Plaintiff, is subject to federal and state income taxes.

Defendant affirmatively seeks the protection of any statute and/or law which caps, restricts, limits or modifies the amount of monetary damages which might be awarded against it in connection with this lawsuit.

To the extent that the medical expenses and/or health care expenses exceed the amount actually paid on behalf of Plaintiff, this Defendant asserts the statutory defense set forth in §41.0105 of the Texas Civil Practice & Remedies Code; thus, recovery of medical and/or health care expenses by the Plaintiff are limited to the amount actually paid by or on behalf of the Plaintiff.

Defendant further alleges a failure to mitigate damages on the part of Plaintiff to the extent any of his medical treatment was not covered by a policy providing medical coverage as required by law or if Plaintiff has failed to submit any or all of his medical bills to his health insurance provider. Further, Plaintiff's failure to mitigate damages is alleged if and to the extent Plaintiff failed to seek timely medical care and/or to pursue recommended medical care and treatment.

Unofficial Copy Office of Marilyn Burgess District Clerk

## III. DESIGNATED E-SERVICE ADDRESS

Request is made to all counsel of record that all documents being e-served on the undersigned in the above referenced case must be sent to our firm designated e-service address: EservHous@travelers.com. Any documents emailed to any other email address at this firm will not be considered as served under Rule 21(a) of the Texas Rules of Civil Procedure. All general communication should be sent to the undersigned's direct email address, not the e-service address.

## IV. JURY DEMAND

Defendant formally requests a trial by jury and tenders the appropriate fee at this time.

## V. PRAYER

Defendant prays that Plaintiff take nothing by this suit, that Defendant receive judgment for its costs in this proceeding, and that the Court grant Defendant all such other and further relief, both general and/or special, in law or in equity, to which Defendant may show itself to be justly entitled.

Respectfully submitted,

**DEAS & ASSOCIATES**

*/s/ Justin L. Spears*
Justin L. Spears
State Bar No. 24117086
**Mailing Address:**
P.O. Box 64093
St. Paul, Minnesota 55164-0093
**Physical Address:**
4650 Westway Park Blvd, Suite 150
Houston, Texas 77041
Tel.: (281) 606-7866
Facsimile: (855) 848-0738
**jspears@travelers.com**
***E-Service Email Only**
**EservHou@travelers.com**
**ATTORNEY FOR DEFENDANT ROBERT WAYNE THORNTON**

Unofficial Copy Office of Marilyn Burgess District Clerk

**CERTIFICATE OF SERVICE**

The undersigned attorney certifies that a true and correct copy of the above and foregoing instrument has been forwarded to all known counsel of record as listed below by certified mail, return receipt requested, and/or e-file/e-service, and/or via hand delivery, and/or via facsimile, on this the 23rd of July, 2026.

David Ortez
Law Offices of Marcos & Associates, PC
10700 North Freeway, Flr. 8
Houston, Texas 77037

***Via E-Service:*** ***e-service_david@marcoslaw.com***

*/s/ Justin L. Spears*
Justin L. Spears

Unofficial Copy Office of Marilyn Burgess District Clerk

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Maria Rodriguez on behalf of Justin Spears
Bar No. 24117086
mrodri27@travelers.com
Envelope ID: 117764149
Filing Code Description: Answer/ Response / Waiver
Filing Description: Defendant Robert Wayne Thornton's Original Answer and Jury Demand
Status as of 7/24/2026 7:37 AM CST

Case Contacts

| **Name** | **BarNumber** | **Email** | **TimestampSubmitted** | **Status** |
|---|---|---|---|---|
| Javier Marcos, Jr. | | e-service_javier@marcoslaw.com | 7/23/2026 7:01:43 PM | SENT |
| David Ortez | | e-service_david@marcoslaw.com | 7/23/2026 7:01:43 PM | SENT |
| Justin L. Spears | | EservHous@travelers.com | 7/23/2026 7:01:43 PM | SENT |
| Justin L.Spears | | jspears@travelers.com | 7/23/2026 7:01:43 PM | SENT |

Unofficial Copy Office of Marilyn Burgess District Clerk